IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JULIE M. CHORZEPA,

            Plaintiff,

v.

FRANK BISIGNANO,[1]

            Defendant.

ORDER

25-cv-119-amb

---

Pursuant to a joint motion for remand filed by the parties on June 12, 2025, Dkt. 11, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. Specifically, on remand, the administrative law judge will offer plaintiff Julie M. Chorzepa the opportunity for an administrative hearing, proceed through the sequential disability evaluation process as appropriate, and issue a *de novo* decision.

Entered June 16, 2025.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge

---

[1] Under Federal Rule of Civil Procedure 25(d), Frank Bisignano, who became the Commissioner of Social Security on May 6, 2025, is substituted as the defendant in this case.