IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JULIE CHORZEPA,

                        Plaintiff,

  v.                                                         ORDER

FRANK BISIGNANO,                                    25-cv-119-amb

                        Defendant.

---

On June 5, 2025, the court entered an order remanding this case to the Commissioner. Dkt. 16. Now before the court is the parties' joint motion for an award of attorney fees and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA) in the amount of $7,700.00. Dkt. 13.

Having reviewed the materials submitted in support of the motion and hearing no objection from either party, the court GRANTS the motion. Plaintiff is awarded fees and expenses in the amount of $7,700.00. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant verifies that plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to Dana Duncan pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

    Duncan Disability Law, S.C.
    555 Birch Street
    PO Box 217
    Nekoosa, WI 54457

Entered July 15, 2025.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        ANITA MARIE BOOR
                                        Magistrate Judge